IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM A. WHITE,
Petitioner,

v.

D. SPROUL,
Respondent.

Case No. 18–CV–01347–JPG

## JUDGMENT

This matter having come before the Court,

**IT IS HEREBY ORDERED AND ADJUDGED** that Petitioner William A. White's Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE.**

**Dated: Tuesday, April 13, 2021**

**MARGARET M. ROBERTIE
CLERK OF COURT**

**s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert
              J. PHIL GILBERT
              UNITED STATES DISTRICT JUDGE**